[Nos. 64026-7-I; 64148-4-I.   Division One.   August 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LOCKREM, SR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LOCKREM, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 08-1-00675-4, Charles R. Snyder, J., entered August 17, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 65569-8-I.   Division One.   August 15, 2011.]

MICHAEL OSBORNE ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-2-02051-8, Susan K. Cook, J., entered June 10, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Spearman, JJ.

[No. 65657-1-I.   Division One.   August 15, 2011.]

ARMEN YOUSOUFIAN, *Appellant*, v. THE OFFICE OF RON SIMS, KING COUNTY EXECUTIVE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-09581-3, Michael Hayden, J., entered August 5, 2010. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.